IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN ANDREW KISTER, AIS 262274, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL CASE NO. 2:20-cv-757-ECM ) (WO) |
| AUNDRA JACKSON, *et al.*, | ) ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On April 25, 2023, the Magistrate Judge entered a Recommendation (doc. 53) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The Defendants' Answer and Special Report (doc. 29) is construed as a motion for summary judgment, and the motion for summary judgment (doc. 29) is GRANTED in favor of all defendants on all claims.

3. This case is DISMISSED with prejudice.

A separate Final Judgment will be entered.

DONE this 20th day of July, 2023.

    /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE